Broderick, V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

HUMAYUN CHAUDHRY,

                                                    **STIPULATION AND**
                                    Plaintiff,      **ORDER OF DISMISSAL**

                    -against-                       16-CV-4875 (VSB)

THE CITY OF NEW YORK,; and POLICE OFFICER
PATRICK CHERRY (Shield No. 1492) Individually and in
His Official Capacity,

                                    Defendants.
-------------------------------------------------------------------- x

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

       **[SECTION INTENTIONALLY LEFT BLANK]**

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       _____, 2016

GOMEZ & VOURNAS LLC
*Attorneys for Plaintiff*
305 Broadway, Suite 1400
New York, NY 10007


By: _____
    Gregory G. Gomez
    *Attorney for Plaintiff*


ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____

    Suzanne E. Aribakan
    *Senior Counsel*


KARASYK & MOSCHELLA, LLP
*Attorney for Detective Patrick Cherry*
The Woolworth Building
233 Broadway, Suite 2340
New York, New York 10279
By: _____

  James M. Moschella
  *Attorney for Detective Patrick Cherry*


**SO ORDERED:**

**HON. VERNON S. BRODERICK** 11/9/2016
**UNITED STATES DISTRICT JUDGE**